IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN ROBERTSON,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CONSTRUCTION REHAB LLC,** | : | No. 25-cv-3620 |
| doing business as Problem Property Pals, | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **31st** day of **October 2025**, upon consideration of Defendant's Motion to Dismiss and Supporting Memorandum (ECF Nos. 13, 14), Plaintiff's Opposition (ECF No. 17), Defendant's Reply (ECF No. 18), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 13) is **GRANTED** in part and **DENIED** in part, as follows:

1. Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED** with respect to Plaintiff's claim under the Pennsylvania Human Relations Act (Count II). This count is dismissed without prejudice.

2. Defendant's Motion to Dismiss (ECF No. 13) is **DENIED** with respect to all other claims (Counts I, III, IV, V).

3. Defendant shall file an Answer to Plaintiff's Complaint on or before **November 14, 2025**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**